UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY DIZON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SOUTH SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 18-cv-03733-JST<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 36 |

    The parties have filed a stipulated request to extend Plaintiff Debby Dizon's time to file the third amended complaint by 45 days, from the currently operative deadline of January 11, 2019. ECF No. 36. The Court hereby grants the parties' request. Dizon may file her third amended complaint no later than February 25, 2019.

    The Court also observes that the parties are set to appear for a further case management conference on February 13, 2019. ECF No. 23. The Court hereby continues the case management conference to March 20, 2019, so that the conference will occur after the deadline to amend.

    **IT IS SO ORDERED.**

Dated: January 3, 2019

                                                JON S. TIGAR
                                              United States District Judge