NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
City of South San Francisco, Diana Quintero, Christopher
Devan, Jeff Azzopardi, Keith A. Wall. and Donald D. Olsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY DIZON,<br><br>　　　　Defendants,<br><br>vs.<br><br>CITY OF SOUTH SAN FRANCISCO, DIANA QUINTERO, INDIVIDUALLY AND AS AN OFFICER OF THE SOUTH SAN FRANCISCO POLICE DEPARTMENT; CHRISTOPHER DEVAN, INDIVIDUALLY AND AS AN OFFICER OF THE SOUTH SAN FRANCISCO POLICE DEPARTMENT; JEFF AZZOPARDI, INDIVIDUALLY AND AS CHIEF OF THE SOUTH SAN FRANCISCO POLICE DEPARTMENT; KEITH A. WALL, INDIVIDUALLY AND AS A LIEUTENANT OF THE SOUTH SAN FRANCISCO POLICE DEPARTMENT; DONALD D. OLSEN, INDIVIDUALLY AND AS A SERGEANT OF THE SOUTH SAN FRANCISCO POLICE DEPARTMENT AND DOES 4-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. C18-03733 JST<br><br>**STIPULATION AND** [PROPOSED] **ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate

STIPULATION AND ORDER DISMISSING
ENTIRE ACTION, WITH PREJUDICE – C18-
03733 JST

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

and jointly request an Order from the Court to a dismissal of the Plaintiff's operative Second Amended Complaint, namely the entire action, against Defendants City of South San Francisco, Diana Quintero, Christopher Devan, Jeff Azzopardi, Keith A. Wall. and Donald D. Olsen, and any and all other named parties, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 18, 2019    LAW OFFICES OF MORALES & LEANOS / LUBAN LAW

By: /s/ Leanos, Jaime
Jaime A. Leanos / Suzanne A. Luban
Attorneys for Plaintiff Debby Dizon

Dated: March 18, 2019    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Blechman, Noah
Noah G. Blechman
Attorneys for Defendants
City of South San Francisco, Diana Quintero, Christopher Devan, Jeff Azzopardi, Keith A. Wall. and Donald D. Olsen

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal.

IT IS SO ORDERED

Dated: March 19, 2019    By: _____
Hon. Jon S. Tigar
U.S. District Court Judge